**MARK S. RUBIN (#17361550)**
**SHELLY K. SHILLING (#00794788)**
**RUBIN & ASSOCIATES, P.C.**
**13601 PRESTON ROAD, SUITE 500E**
**DALLAS, TEXAS 75240**
**(214)742-6900**
**(214)747-4029 FAX**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: HANK T. FAWKS | § | CASE NO. 05-81047-BJH |
| Debtor(s) | § | CHAPTER 7 |

### DEBTOR'S MOTION TO CONVERT
### TO A CHAPTER 13 BANKRUPTCY PROCEEDING

TO THE HONORABLE BANKRUPTCY JUDGE:

COME NOW, Hank T. Fawks, Debtor(s) in the above case and requests that this case be converted to one under Chapter 13 of the bankruptcy code and represent to the Court:

I.

On September 21, 2005, the above-named Debtor(s) filed a petition for relief under the United States Bankruptcy Code.

II.

The case was correctly filed as a Chapter 13 proceeding in ECF. Due to a clerical error on the Voluntary Petition, the case incorrectly states Chapter 7. Due to the Court Clerk's Policy, the case must be changed to a Chapter 7. The Debtor(s) intent from the beginning was to proceed in a Chapter 13 Bankruptcy.

WHEREFORE, Movant prays that an order be entered converting the above-captioned case to a case under Chapter 13, and for such other and further relief as is just.

>Respectfully submitted,
**RUBIN & ASSOCIATES, P.C.**
13601 Preston Road, Suite 500E
Dallas, Texas 75240
(214) 742-6900/(214)747-4029 Fax

By:    /s/ Mark S. Rubin
       Mark S. Rubin
       State Bar No. 17361550
       Shelly K. Shilling
       State Bar No. 00794788

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the Debtor(s) Motion to Convert to a Chapter 13 Bankruptcy Proceeding was served via first class mail to the following parties in interest:

Dated: 9/21/05               /s/ Mark S. Rubin
                             Mark S. Rubin, Bar No.17361550
                             Shelly K. Shilling, Bar No. 00794788